UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

JOSE TORRES Angulo
                    Defendant(s).
----------------------------------------------------------------X

DOC # 12

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

-CR- ( )( )
21 MAG 2286

Defendant __JOSE Torres Angulo__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

JOSE Torres Angulo
Print Defendant's Name

_____
Defendant's Counsel's Signature

DAWN M CARDI
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/1/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge